**STATE v. LAMBERT**

[366 N.C. 380 (2012)]

STATE OF NORTH CAROLINA          )
                                 )
            v.                   )        From Mecklenburg County
                                 )
JOSEPH ALAN LAMBERT              )

No. 426P12

## ORDER

Defendant's petition for certiorari is allowed for the limited purpose of remanding this matter to the Court of Appeals for consideration of the merits of defendant's appeal from the final judgment of the trial court.

By order of the Court in Conference, this 12th day of December, 2012.

s/Jackson, J.
For the Court